UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHRISTOPHER CARREA, JR.,

        Plaintiff,

vs.

JEFFERY BEARD, et. al.,

        Defendants.

No. C 13-3762 PJH (PR)

**ORDER TO SHOW CAUSE**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983 that was dismissed and closed at screening. The Ninth Circuit affirmed in part, reversed in part, and remanded the case back to this court to address plaintiff's deliberate indifference to serious medical needs claim which had not been addressed in this court's original screening order. However, it is not clear where the events occurred that gave rise to this medical claim. It appears that the events occurred at California Men's Colony which is located in the Central District of California. However, in an earlier complaint plaintiff referenced a prison facility in Jamestown, California which is located in the Eastern District of California. While the complaint is not clear, it does not appear that the medical claim occurred in this district or that any of the appropriate defendants reside in this district. Plaintiff shall show cause why this case should not be transferred and also identify where the medical claim occurred and which defendants were involved in this claim. This information is also necessary to effectuate service on the defendants.

**CONCLUSION**

1. This case is reopened.

2. Petitioner shall show cause by **February 23, 2015**, identifying where the medical

claim occurred and the involved defendants.

3. Plaintiff motion for medical records (Docket No. 32) is **DENIED** because no defendants have been served yet.

**IT IS SO ORDERED.**

Dated: January 20, 2015.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.13\Carrea3762.remand.wpd